IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MATTHEW K. SHIRLEY, )<br>)<br>Defendant. ) | Case No. 8:11CR173<br><br>ORDER |

This case is before the court on the Motion for Payment of Interim Attorney Fees (#51). The motion is denied.

After review of the motion, CJA voucher Form 20, counsel's itemized statement, and that the trial is set for July 24, 2012, I find that based upon the number of hours expended, it is neither necessary nor appropriate to authorize interim payments to counsel in this case. *See* Guide to Judiciary Policy, Vol. VII, Part A, Ch. 2, § 230.73.10.

**IT IS ORDERED** that the Motion (#51) is denied.

A party may object to a magistrate judge's order by filing an "Objection to Magistrate Judge's Order" within 14 days after being served with the order. The objecting party must comply with all requirements of NECrimR 59.2.

Dated this 21st day of June, 2012.

BY THE COURT:

S/ F.A. Gossett, III
United States Magistrate Judge